MEYER H. GREENE, on Behalf of Himself and Others, Appellant, *v.* THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Respondent.

(Argued March 13, 1935; decided April 16, 1935.)

*Samuel Hoffman, Daniel F. Cohalan, Charles D. Hoffman* and *Herman D. Matfus* for appellant.

*John W. Kelly* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ., Not sitting: FINCH, J.